IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHOCOLATE CONFECTIONARY ANTITRUST LITIGATION | : : : | MDL DOCKET NO. 1935 (Civil Action No. 1:08-MDL-1935) |
| _____ | : : | (Judge Conner) |
| THIS DOCUMENT APPLIES TO: | : : | |
| ALL CASES | : | |

### CASE MANAGEMENT ORDER NO. 3B
### RE:  TELECONFERENCING INSTRUCTIONS FOR
### INITIAL CASE MANAGEMENT CONFERENCE

AND NOW, this 27th day of May, 2008, upon consideration of Case Management Order No. 3A (Doc. 180), and in accordance with Paragraph 2 thereof, it is hereby ORDERED that counsel are provided with the following instructions for telephonic participation in the initial case management conference on May 29, 2008:

1. The court will utilize the telephone conferencing services of CourtCall for the initial case management conference and for future conferences as the court deems appropriate.

2. Counsel who wish to participate in the initial case management conference telephonically must register with CourtCall by calling (866) 582-6878 or by completing the online registration form available on the homepage of the CourtCall website at www.courtcall.com.

3. CourtCall will provide counsel with a telephone number to be used for participation in the initial case management conference.  CourtCall will also send counsel confirmation of appearance via email or facsimile.

4. All counsel must dial into the CourtCall system at least ten minutes prior to the initial case management conference.  It is counsels' obligation to initiate the call.  Neither the court nor CourtCall are responsible for calling conference participants.  The initial case management conference will begin on **Thursday, May 29, 2008 at 9:00 a.m. eastern time**.

5. Use of cellular phones for the conference is discouraged due to the possibility of dropped connections. It is the obligation of counsel to reconnect to the conference in the event that a call becomes disconnected.

6. The mute function on all telephones must be engaged except when speaking.

7. Counsel must identify themselves for the record each time they speak.

8. Counsel are responsible for their own expenses incurred through the use of CourtCall services. All costs will be billed directly by CourtCall according to the terms of its service agreement. The court assumes no responsibility for billing or payment of costs. All billing inquiries should be directed to CourtCall at the telephone number specified in Paragraph 2 hereof.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge